■ In the Matter of CHRISTOPHER B., Appellant, v ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents. [833 NYS2d 507]—

Order, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about March 23, 2005, which, after a hearing, denied and dismissed the petition brought pursuant to Family Court Act article 6, seeking sibling visitation, unanimously affirmed, without costs.

Family Court's finding that forced visitation would be contrary to the child's best interests was supported by the record and is entitled to considerable deference (*Matter of Justin H.*, 215 AD2d 180 [1995], *lv denied* 86 NY2d 709 [1995]). The court properly considered that the 12-year-old child with whom visitation was sought did not want to be visited by, and was afraid of, petitioner, her 18-year-old brother. We note that the court-appointed psychologist recommended against the visitation, citing petitioner's lack of maturity and self-control and the evident danger that he would attempt to disrupt the relationship between his sister and her foster family (*see Matter of Sherman v Hughes*, 32 AD3d 959 [2006]). Under the circumstances, a period of trial visitation would not have been appropriate. Concur—Andrias, J.P., Saxe, Nardelli, Williams and Catterson, JJ.

■ BELLA DAVIS, Respondent, v MICHAEL MELNICKE, Respondent, and NAFTALI WEISZ et al., Nonparty Appellants. [832 NYS2d 437]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered February 3, 2006, which denied a motion by nonparties Weisz and the Kollel to modify petitioner's subpoena with respect to three of the seven categories of documents sought, and granted petitioner's cross motion to compel compliance therewith, unanimously affirmed, without costs.

The credibility and good faith of the subpoenaed parties are at issue here, and the materials sought are a legitimate subject of that inquiry. We have considered appellants' remaining arguments and find them without merit. Concur—Andrias, J.P., Nardelli, Williams and Catterson, JJ.